# United States Court of Appeals
## For the First Circuit

No. 08-1044

UNITED STATES OF AMERICA,

Appellee,

v.

DARIO GIAMBRO,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on October 2, 2008, is corrected as follows:

On page 8, line 16, replace "Sypher" with "Syphers."